IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>  MARTHA A. AKERS,<br><br>       Debtor, | CASE NO. 07-00662-SMT<br><br>CHAPTER 13 |
| MARTHA A. AKERS,<br><br>       Plaintiff,<br><br>vs.<br><br>BEAL BANK, et al.<br><br>       Defendants. | Adv. Proceeding No. 12-10020 |

## BEAL BANK'S MOTION TO DISMISS

Defendant Beal Bank hereby moves, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), incorporated by Bankruptcy Rules of Civil Procedure 7009 and 7012(b), to dismiss plaintiff Martha A. Akers' adversary complaint. For the reasons stated in the accompanying Memorandum of Law, the complaint should be dismissed in its entirety and with prejudice for failing to state a claim upon which relief can be granted and for failing to meet the heightened pleading standards required for actions alleging fraud.

Respectfully submitted,

        BEAL BANK

        By its attorneys,

        /s/ David I. Freeburg
        David I. Freeburg (Bar No. 999045)
        Joseph F. Yenouskas (Bar No. 414539
        GOODWIN PROCTER LLP
        901 New York Ave., NW
        Washington, D.C. 20001
        Tel.: (202) 346-4000
        Fax: (202) 346-4444
        dfreeburg@goodwinprocter.com

Dated: June 8, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that on June 8, 2012, a copy of the foregoing Beal Bank's Motion to Dismiss was sent by U.S. mail to the person listed below:

Martha A. Akers
1319 Fairmont Street, NW
Washington, DC 20009

        /s/ David I. Freeburg
        David I. Freeburg

2